Scott M. Riemer (SR5005)
RIEMER & ASSOCIATES LLC
60 East 42nd Street, Suite 1750
New York, New York 10165
(212) 297-0700
sriemer@riemerlawfirm.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
VINCENT RAGONE                                               13 CV 4604 (KPF)(KNF)

                         Plaintiff,                       AFFIRMATION OF
                                                                        SERVICE

    -against-

AETNA LIFE INSURANCE COMPANY,

                         Defendant.
----------------------------------------------------------------X

        SCOTT M. RIEMER, an attorney duly admitted to practice in the Courts of this State, does hereby affirm to be true under the penalties of perjury as follows:

    1.    I am counsel for plaintiff in the above-referenced action.

    2.    On July 8, 2013, I duly served defendant Aetna Life Insurance Company by mailing a copy of the summons, complaint, judges' rules, and civil cover sheet to its duly appointed agent, the New York State Department of Financial Services (f/k/a New York State Insurance Department), One State Street, New York, New York 10004.

    3.    Attached hereto is a true and correct copy of the Acknowledgment of Service from the New York State Department of Financial Services, dated July 8, 2013, confirming service upon Aetna Life Insurance Company pursuant to Section 1213 of the Insurance Law.

Dated: New York, New York
       July 17, 2013

                                                            /s/Scott M. Riemer
                                                            SCOTT M. RIEMER (SR5005)



# NEW YORK STATE
## DEPARTMENT of
## FINANCIAL SERVICES

| Andrew M. Cuomo | Benjamin M. Lawsky |
|---|---|
| Governor | Superintendent |

STATE OF NEW YORK

United States District Court, Southern District of New York

|  |  |
|---|---|
| Vincent Ragone | 13CV4604 |
|  | Plaintiff(s) |
| against |  |
|  | Defendant(s) |
| Aetna Life Insurance Company |  |

RE : Aetna Life Insurance Company

Attorney for Plaintiff(s) and Defendant(s) please take notice as follows:

Attorney for Plaintiff(s) is hereby advised of acknowledgement of service upon this Department Summons in a Civil Action and Complaint in the above entitled action on July 08, 2013 at New York, New York. The $ 40.00 fee is also acknowledged.

Original to Attorney for Plaintiff(s):

Riemer & Associates LLC
60 East 42nd Street
Suite 1750
New York, New York 10165

Persuant to the requirement of section 1212 of the Insurance Law, Defendant(s) is hereby notified of service as effected above. A copy of the paper is enclosed.

Duplicate to Defendant:

CT Corporation System
Aetna Life Insurance Company
111 8th Avenue
New York, New York 10011

*Jacqueline Catalfamo*

**Jacqueline Catalfamo**
**Special Deputy Superintendent**

Dated Albany, New York, July 11, 2013
531345

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

**JUDGE FAILLA**

| | |
|---|---|
| VINCENT RAGONE <br><br> *Plaintiff* <br><br> v. <br><br> AETNA LIFE INSURANCE COMPANY <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. **13 CV 4604** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  AETNA LIFE INSURANCE COMPANY
151 FARMINGTON AVENUE
HARTFORD, CT 06156

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

RIEMER & ASSOCIATES LLC
60 East 42nd Street, Suite 1750
New York, New York  10165
(212) 297-0700

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

CLERK OF COURT

Date: **JUL 0 2 2013**

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: