**Sedgwick LLP**

ATTORNEYS AT LAW
225 LIBERTY STREET, 28TH FLOOR   NEW YORK, NY 10281-1008
WWW.SEDGWICKLAW.COM   212.422.0202 PHONE   212.422.0925 FAX

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/25/2013

*Michael H. Bernstein*
*(212) 898-4011*
*michael.bernstein@sdma.com*

July 25, 2013

*Via Email*
Hon. Katherine Polk Failla, U.S.D.J.
United States District Court For The
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 618
New York, NY 10007

Re: *Ragone* v. *Aetna Life Insurance Company,*
Civ. Act. No. 13-cv-4604(KPF)(KNF)
Sedgwick File No. 00322-008173

Dear Judge Failla:

This office represents defendant Aetna Life Insurance Company ("Aetna") in the above-referenced matter.

We write to request an extension of time to respond to the Complaint in this matter on behalf of Aetna. Aetna's response is due on July 29, 2013 and Aetna requests that its time to respond to the Complaint be extended to August 29, 2013. Plaintiff's counsel consents to this request and this extension does not affect any previously scheduled dates set by the Court. No prior request for an extension of time to Answer or respond to the Complaint have been made by Aetna.

Thank you for your consideration of this matter.

Respectfully submitted,

*[signature]*

Michael H. Bernstein
Sedgwick LLP

cc: Scott M. Riemer (*via Email*)

```
July 25, 2013
Application GRANTED. Defendant shall respond to the
Complaint no later than August 29, 2013.

SO ORDERED.
```

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

NY/1270603v1