UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

VINCENT RAGONE,

                              Plaintiff,

-against-

AETNA LIFE INSURANCE COMPANY,

                              Defendant.

------------------------------------------------------------------X

Civil Action No.: 13 CV 04604 (KPF)(KNF)

**RULE 7.1 DISCLOSURE STATEMENT FOR AETNA LIFE INSURANCE COMPANY**

<u>DOCUMENT ELECTRONICALLY FILED</u>

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant, AETNA LIFE INSURANCE COMPANY ("AETNA"), certifies that the following is corporate parent, subsidiary, or affiliate of that party which is publicly held:

    1.    Aetna Inc.

Dated:  New York, New York
           August 29, 2013

                                            Respectfully submitted,

                                                /s/
                                         Michael H. Bernstein (MB 0579)
                                         SEDGWICK, LLP
                                         *Attorneys for Defendant*
                                         225 Liberty Street, 28th Floor
                                         New York, New York 10281
                                         Telephone:  (212) 422-0202
                                         Facsimile:  (212) 422-0925

<u>To</u>:
Scott M. Riemer (SR5005)
RIEMER & ASSOCIATES LLC
*Attorneys for Plaintiff*
60 East 42nd Street, Suite 1750
New York, New York 10165
Telephone: (212) 297-0700
Email: <u>sriemer@riemerlawfirm.com</u>

NY/1272417v1

## **CERTIFICATE OF SERVICE**

I, Michael H. Bernstein, hereby certify and affirm that a true and correct copy of the attached RULE 7.1 DISCLOSURE STATEMENT FOR AETNA LIFE INSURANCE COMPANY was served via ECF and regular mail on August 29, 2013, upon the following:

Scott M. Riemer (SR5005)
RIEMER & ASSOCIATES LLC
60 East 42nd Street, Suite 1750
New York, New York 10165
Telephone: (212) 297-0700
Email: sriemer@riemerlawfirm.com

                                     s/
                               Michael H. Bernstein (MB 0579)

Dated:  New York, New York
        August 29, 2013