<u>CERTIFICATION OF SERVICE</u>

   I certify that I am attorney for plaintiff and that on September 9, 2013, I caused to be served by E-mail a true and correct copy of the NOTICE OF INITIAL PRETRIAL CONFERENCE and the COURT'S INDIVIDUAL RULES to the following:

Michael H. Bernstein (MB 0579)
Sedgwick LLP
225 Liberty Street, 28th Floor
New York, New York 10281
212-422-0202
michael.bernstein@sedgwicklaw.com

Dated: New York, New York
    September 9, 2013

               /s/Scott M. Riemer_____
               SCOTT M. RIEMER (SR5005)
               RIEMER & ASSOCIATES LLC
               60 East 42nd Street, Suite 1750
               New York, New York 10165
               (212) 297-0700
               sriemer@riemerlawfirm.com