UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| VINCENT RAGONE, | Civil Action No.: 13 CV 04604 (KPF)(KNF) |
| Plaintiff, | |
| -against- | **NOTICE OF MOTION** |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |

------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that, upon the Declaration of Lina M. Camacho dated December 4, 2013 and the exhibits annexed thereto, and the accompanying Memorandum of Law, Defendant Aetna Life Insurance Company by its attorneys, Sedgwick LLP, will move this Court at a time and date designated by the Court, before the Hon. Katherine Polk Failla, U.S.D.J., at the United States Courthouse, Southern District of New York, located at 40 Foley Square, Courtroom 618, New York, NY 10007, for an Order requiring that this case be reviewed under the arbitrary and capricious standard of review and for such other and further relief as this Court may deem just and proper.

Dated:   New York, New York
           December 4, 2013

                                        Respectfully submitted,

                                          s/
                                        Michael H. Bernstein (MB 0579)
                                        Matthew P. Mazzola (MM 7427)
                                        SEDGWICK, LLP
                                        225 Liberty Street, 28th Floor
                                        New York, New York 10281-1008
                                        Tel:  (212) 422-0202
                                        Fax: (212) 422-0925

## **CERTIFICATE OF SERVICE**

I, Matthew P. Mazzola, hereby certify and affirm that a true and correct copy of the attached **Notice of Motion** was served via ECF and regular mail on December 4, 2013, upon the following:

> Scott M. Riemer (SR5005)
> RIEMER & ASSOCIATES LLC
> 60 East 42nd Street, Suite 1750
> New York, New York 10165
> Telephone: (212) 297-0700
> Email: sriemer@riemerlawfirm.com

                         s/
                         Matthew P. Mazzola (MM 7747)

Dated:   New York, New York
            December 4, 2013