ATTORNEYS AT LAW
225 LIBERTY STREET, 28TH FLOOR   NEW YORK, NY  10281-1008

*www.sedgwicklaw.com*   212.422.0202  *phone*   212.422.0925  *fax*



*Michael Bernstein*
michael.bernstein@sedgwicklaw.com

December 4, 2013

*Via ECF and Email*
Hon. Katherine P. Failla
United States District Court
40 Foley Square, Room 2103
New York, New York 10007
Failla_NYSDChambers@nysd.uscourts.gov

Re: *Ragone v. Aetna Life Insurance Company*
Civil Action No.: 13 CV 4604 (KPF)
File No.: 00322-008173

Dear Judge Failla:

This office represents Defendant Aetna Life Insurance Company in the above-referenced matter. Pursuant to Rule 4(E) of Your Honor's Individual Rules of Practice in Civil Cases, Aetna respectfully requests leave to orally argue its Motion Regarding the Appropriate Standard of Review, which was filed with the Court today, December 4, 2013.

Thank you for your consideration of this matter.

Respectfully submitted,

Michael H. Bernstein
Sedgwick LLP
MHB


cc: *Plaintiff's Counsel of Record (via email and ecf)*

DOCS/18112500v1