**ᚼAetna®**

P.O. Box 14578
Lexington, KY 40512-4578

**Lina M. Camacho**
Senior Appeal Specialist
Complaints, Grievances, & Appeals
Telephone: 800-688-6820
Fax: 855-733-1262

## ** MAINTAIN A COPY OF THIS LETTER FOR YOUR RECORDS **

JUNE 17, 2013

REIMER & ASSOCIATES LLC
ATTORNEYS AT LAW
ATTN: SERGE ZENIN, ESQ.
60 EAST 42ND STREET SUITE 1750
NEW YORK, NY 10165

Employer:            TRADITION NORTH AMERICA INC.
Employee:            VINCENT RAGONE
Disability Claim Case No:     5966606

Dear Attorney Zenin:

The Tradition North America Inc. Long Term Disability (LTD) policy is insured by Aetna Life Insurance Company ("Aetna").

We are in receipt of your letter dated May 06, 2013 within which you requested a complete copy of your client's administrative record.

Enclosed herewith, you will find a complete copy of your client's Long Term Disability claim file. In addition, I have enclosed a copy of the LTD policy.

Should you have any further questions, please do not hesitate to contact me office at 800-688-6820, extension 6932724.

Sincerely,

Lina M. Camacho
Senior Appeal Specialist
Aetna Life Insurance Company

**PL. EXHIBIT 1, p. 1**

# Table of Contents

Summary of Coverage...................................................Issued With Your Booklet

Table of Contents ....................................................................................................2

Your Group Coverage Plan .......................................................................................3

Long Term Disability Coverage ................................................................................4

General Information About Your Coverage.............................................................12

Glossary..................................................................................................................17

Note:  The codes appearing on the left side of certain blocks of text are required by the State of New York.

**PL. EXHIBIT 1, p. 2**

# Your Group Coverage Plan

This Plan is underwritten by the Aetna Life Insurance Company, of Hartford, Connecticut (called Aetna).  The benefits and main points of the group contract for persons covered under this Plan are set forth in this Booklet.  They are effective only while you are covered under the group contract.

If you become covered, this Booklet will become your Certificate of Coverage.  It replaces and supersedes all Certificates issued to you by Aetna under the group contract.

*Ronald A. Williams*

President

Group Policy:      GP-818699
Cert. Base:        3
Issue Date:        November 10, 2005
Effective Date:    October 1, 2005

*0020*

**PL. EXHIBIT 1, p. 3**

# Long Term Disability Coverage

This Plan will pay a Monthly Benefit for a period of disability caused by a disease or **injury**.  There is an elimination period.  (This is the length of time during a period of disability that must pass before benefits start.)

---

**Test of Disability**

You will be deemed to be disabled on any day if:

- you are not able to perform the **material duties** of your **own occupation** solely because of:  disease or **injury**; and
- your work earnings are 80% or less of your **adjusted predisability earnings**.

If your **own occupation** requires a professional or occupational license or certification of any kind, you will not be deemed to be disabled solely because of the loss of that license or certification.

*11201, 11519*

---

**Monthly Benefit**

The Scheduled Monthly LTD Benefit, the Maximum Monthly Benefit, and the Minimum Monthly Benefit are shown on the Summary of Coverage.

The monthly benefit is an amount based on your monthly predisability earnings.  Other income benefits, as defined later, are taken into account.

- If no other income benefits are payable for a given month:

    The monthly benefit payable under this Plan for that month will be the lesser of:

       the Scheduled Monthly LTD Benefit; and

       the Maximum Monthly Benefit.
- If other income benefits are payable for a given month:

    The monthly benefit payable under this Plan for that month will be the lesser of:

       the Scheduled Monthly LTD Benefit; and

       the Maximum Monthly Benefit;

*7264*

    minus all other income benefits, but not less than the Minimum Monthly Benefit.

---

**When Benefits Are Payable**

Monthly benefits will be payable if a period of disability:

- starts while you are covered; and
- continues during and past the elimination period.

PL. EXHIBIT 1, p. 4

*7265*

These benefits are payable after the elimination period ends for as long as the period of disability continues.

## A Period of Disability

A period of disability starts on the first day you are disabled as a direct result of a significant change in your physical or mental condition occurring while you are insured under this Plan. You must be under the regular care of a **physician**. (You will not be deemed to be under the regular care of a **physician** more than 31 days before the date he or she has seen and treated you in person for the disease or **injury** that caused the disability.)

Your period of disability ends on the first to occur of:

- The date Aetna finds you are no longer disabled or the date you fail to furnish proof that you are disabled.
- The date you refuse to be examined by, or cooperate with, an independent **physician** or a licensed or certified health care practitioner, as requested.
- The date you cease to be under the regular care of a **physician**.
- The date an independent medical exam report or functional capacity evaluation fails to confirm your disability.
- The date you reach the end of your Maximum Benefit Duration.
- The date you are not undergoing **effective treatment for alcoholism or drug abuse**, if your disability is caused to any extent by alcoholism or drug abuse.
- The date you refuse to cooperate with or accept:

    changes made to a work site or job process to suit your identified medical limitations; or

    adaptive equipment or devices designed to suit your identified medical limitations;

    which would enable you to perform your **own occupation** and provided that a **physician** agrees that such changes or adaptive equipment suit your medical limitations.
- The date you refuse to receive treatment recommended by your attending **physician** that in Aetna's opinion would: cure; correct; or limit your disability.
- The date your condition would permit you to work, or increase the number of hours you work, or the number or type of duties you perform in your **own occupation**, but you refuse to do so.
- The date of your death.
- The day after Aetna determines you are able to participate in an **Approved Rehabilitation Program** and you refuse to do so.

*7263, 7680, 11205-2*

A period of disability will end after 24 monthly benefits are payable if it is determined that the disability is primarily caused by:

- a Mental Health or Psychiatric condition, including physical manifestations of these conditions, but excluding those conditions with demonstrable, structural brain damage; or
- Alcohol and/or Drug Abuse.

There are two exceptions which apply if you are confined as an inpatient in a **hospital** or **treatment facility** for treatment of that condition at the end of such 24 months.

- If the inpatient confinement lasts less than 30 days, the period of disability will cease when you are no longer confined.
- If the inpatient confinement lasts 30 days or more, the period of disability may continue until 90 days after the date you have not been so continuously confined.

## PL. EXHIBIT 1, p. 5

*11521*

The Separate Periods of Disability section does not apply beyond 24 months to periods of disability which are subject to the above paragraph.

## How Separate Periods of Disability Are Treated

Once a period of disability has ended, any new period of disability will be treated separately.

However, 2 or more separate periods of disability due to the same or related causes will be deemed to be one period of disability and only one elimination period will apply if:

the separation occurs during the elimination period and the periods are separated by less than 31 days in a row of work.

the separation occurs after the elimination period and the periods are separated by less than 6 months in a row of work.

The first period will not be included if it began while you were not covered under this LTD Plan.

*7684, 7537-1*

If you become eligible for coverage under any other group long term disability benefits plan carried or sponsored by your Employer, this Separate Periods of Disability section will cease to apply to you.

## Other Income Benefits

*7537*
*7537, 7537-2*

They are:

- 50% of any award provided under The Jones Act or The Maritime Doctrine of Maintenance, Wages and Cure.

- Disability, retirement, or unemployment benefits required or provided for under any law of a government.  Examples are:

  Unemployment compensation benefits.

  Temporary or permanent, partial or total disability benefits under any state or federal workers' compensation law or any other like law, which are meant to compensate the worker for any one or more of the following:  loss of past and future wages; impaired earning capacity; lessened ability to compete in the open labor market; any degree of permanent impairment; and any degree of loss of bodily function or capacity.

  Automobile no-fault wage replacement benefits to the extent required by law.

  Benefits under the Federal Social Security Act, the Railroad Retirement Act, the Canada Pension Plan, and the Quebec Pension Plan.

*7537, 7537-2*

  Veterans' benefits.

*7537, 7537-2*

- Statutory disability benefits.

- Disability or unemployment benefits under any plan or arrangement of coverage (other than group life insurance if they would reduce the amount of group life insurance):

  as a result of employment by or association with the Employer; or

  as a result of membership in or association with any group, association, union or other organization.

## PL. EXHIBIT 1, p. 6

This includes both, plans that are insured and those that are not.

*7537, 7537-2*

- Unreduced retirement benefits for which you are or may become eligible under your Employer's group pension plan at the later of:

  age 62, and

  the Plan's Normal Retirement Age,

*7608*

but only to the extent that such benefits were paid for by your Employer.

- Voluntarily elected retirement benefits received under a group pension plan provided by your Employer, but only to the extent that such benefits were paid for by your Employer.

*7607*

- Disability payments which result from the act or omission of any person whose action caused your disability. These payments may be from insurance or other sources.

*7537*

Other income benefits include those, due to your disability or retirement, which are payable to: you; your spouse; your children; your dependents.

*7537*

---

**Effect of Increases In Other Income Benefits On Monthly Benefits**

Increases in the level of other income benefits due to the following will be considered "other income benefits":

- a change in the number of your family members;
- a recomputation or recalculation to correct or adjust your benefit level as first established for the period of disability; or
- a change in the severity of your disability.

There may be cost of living increases in the level of other income benefits received from a governmental source during a period of disability. These increases will not be deemed to be "other income benefits."

There may be cost of living or general increases in the level of other income benefits from a non-governmental source during a period of disability. These increases will not be considered other income benefits to the extent they are based on the annual average increase in the **Consumer Price Index**.

*7539, 7539-1*

---

**Other Income Benefits Which Do Not Reduce Monthly Benefits**

The amount of any retirement or disability benefits you were receiving from the following sources before the date you become disabled under this LTD Plan will not reduce your monthly benefits:

- military and other government service pensions;
- retirement benefits from a prior employer; and
- veterans' benefits for service related disabilities; and
- individual disability income policies; and
- Federal Social Security Act.

Also, the amount of any income or other benefits you receive from the following sources will not reduce your monthly benefits:

- profit sharing plans;
- thrift plans;
- 401(k) plans;

GR-9                                                                          7

- Keogh plans;
- employee stock option plans;
- tax sheltered annuity plans;
- severance pay;
- individual disability income policies;
- individual retirement accounts (IRAs; or
- a retirement plan sponsored by your employer, to the extent that payments are due to any amount which has been rolled over or transferred from a prior, unrelated employer's retirement plan.

*7539*

Aetna will determine other income benefits as follows:

### Lump Sum and Periodic Payments From Any Other Income Benefits

Any lump sum or periodic other income (described elsewhere in this certificate) that you receive will be prorated on a monthly basis over the period of time for which the payment was made.  If a period of time is not indicated, Aetna will prorate the payments over your expected lifetime, as determined by Aetna.

That part of the lump sum or periodic payment that is for disability will be counted, if it is specifically apportioned or identified as such.

Any of these "Other Income Payments" that date back to a prior date may be allocated on a retroactive basis.

### Estimated Payments

The amount of other income benefits for which you appear to be eligible will be estimated, unless you have signed and returned a reimbursement agreement to Aetna. This agreement contains your promise to repay Aetna for any overpayment of benefits made to you.

If other income benefits are estimated, your monthly benefit will be adjusted when we receive proof:

- of the exact amount awarded; or
- that benefits have been denied after review at the highest administrative level.

Aetna will pay you if any underpayment in your monthly benefit results.  You will have to repay Aetna if any overpayment results.  When Aetna has to take legal action against you to recover any overpayment, you will also have to pay Aetna's reasonable attorney's fees and court costs, if Aetna prevails.

*7538, 11206*

**PL. EXHIBIT 1, p. 8**

**Required Proof of Income**

Aetna has the right to require proof that:

- you, your spouse, child, or dependent has made application for all other income benefits which you or they are, or may be, eligible to receive relative to your disability and has made a timely appeal of any denial through the highest administrative level; timely appeal means making such an appeal as required, but in no case later than 60 days from the latest denial;
- the person has furnished proof needed to obtain other income benefits, which includes, but is not limited to, Workers' Compensation Benefits;
- the person has not waived any other income benefits without Aetna's written consent; and
- the person has sent copies of the documents to Aetna showing the effective dates and the amounts of other income benefits.

In addition to the above, for purposes of Federal Social Security, when a timely application for benefits has been made and denied, a request for reconsideration must be made within 60 days after the denial, unless Aetna states, in writing, that it does not require you to do so.  Also, if the reconsideration is denied, an application for a hearing before an Administrative Law Judge must be made within 60 days of that denial unless Aetna relieves you of that obligation.

Aetna also requires proof of income you receive from any occupation for compensation or profit.

You do not have to apply for:

- retirement benefits paid only on a reduced basis; or
- disability benefits under group life insurance if they would reduce the amount of group life insurance;

but, if you do apply for and receive these benefits, they will be deemed to be other income benefits for which proof is required.

*7686; 7543-1*

If you do not furnish proof of other income benefits, Aetna reserves the right to suspend or adjust benefits by the estimated amount of such other income benefits.

---

**Approved Rehabilitation Program**

Aetna retains the right to evaluate you for participation in an **Approved Rehabilitation Program**.

If, in Aetna's judgment, you are able to participate, Aetna may, in its sole discretion require you to participate in an **Approved Rehabilitation Program**.

This Plan will pay for all services and supplies, approved in advance by Aetna, needed in connection with such participation; except for those for which you can otherwise receive reimbursement from any third party payor, including any governmental benefits to which you may be entitled.

*7540, 7687, 7540-1*

During your active participation in an Aetna **Approved Rehabilitation Program**, Aetna will pay you an additional 10% of your monthly benefit after all applicable reductions for other income benefits.  Not more than a maximum of $ 500 monthly, for a one time maximum of 6 consecutive months for each period of disability will be paid.

**PL. EXHIBIT 1, p. 9**

**Child Care Benefit**

If:

- you are a participant in an **Approved Rehabilitation Program**; and
- you have a dependent child;

The benefit payable under this Plan may be increased as described below.

Starting after the first 6 months of a period of disability for which a Monthly Benefit is payable, the benefit payable will be increased by an amount equal to the amount charged by a license day care provider for the care of such child while you are such a participant. In no event will the increase in any one month be more than:

- $250 for each child; or
- $500 for all children

Not more than 24 such increases will occur during any one period of disability.

During any month in which a child care benefit is payable to a person, the Maximum Monthly Benefit for that person will be increased by the amount of the child care benefit payable for that month.

"Dependent child" means a child who is under age 13 and who lives with you and is either:

- Your or your spouse's biological child.
- Your or your spouse's legally adopted child.
- A child for whom you are legal guardian.

*6528*

A "licensed day care provider" will not include: one who is a member of your immediate family; or one who lives in your residence.]

---

**Exclusions**

Long Term Disability Coverage does not cover any disability that:

- is due to intentionally self-inflicted **injury**.
- results from your commission of, or attempt to commit, a felony.
- results from driving an automobile while intoxicated. ("Intoxicated" means: the blood alcohol level of the driver of the automobile meets or exceeds the level at which intoxication would be presumed under state law.)
- is due to war or any act of war (declared or not declared).
- is due to participating in an insurrection, rebellion, riot, or civil commotion.

On any day during a period of disability that a person is confined in a penal or correctional institution for conviction of a criminal or other public offense:

- the person will not be deemed to be disabled; and
- no benefits will be payable.

*7541, 7541-1*

**PL. EXHIBIT 1, p. 10**

**Pre-existing Conditions**

No benefit is payable for any disability that is caused by or contributed to by a "pre-existing condition" and starts before the end of the first 12 months following your effective date of coverage.

A disease or **injury** is a pre-existing condition if, during the 3 months before your effective date of coverage:

- it was diagnosed or treated; or
- services were received for the diagnosis or treatment of the disease or **injury**; or
- you took drugs or medicines prescribed or recommended by a **physician** for that condition.

### Special Rules As To An Increase in Coverage

The Scheduled Benefit will be determined by the benefit amount in effect immediately before an increase for any disability that is caused by or contributed to by a "pre-existing condition" and starts before the end of the first 12 months following the effective date of an increase in coverage.

A disease or **injury** is a pre-existing condition if, during the 3 months before your effective date of an increase in coverage:

- it was diagnosed or treated; or
- services were received for the diagnosis or treatment of the disease or **injury**; or
- you took drugs or medicines prescribed or recommended by a **physician** for that condition.

*7541-2; 11522*

No benefit is payable if the disability is excluded by any other terms of this Plan.

**PL. EXHIBIT 1, p. 11**

# General Information About Your Coverage

**(including information about Termination of Coverage and the Effect of Prior Coverage)**

---

**Termination of Coverage**

Coverage under this Plan terminates at the first to occur of:

- When employment ceases.
- When the group contract terminates as to the coverage.
- When you are no longer in an Eligible Class.  (This may apply to all or part of your coverage.)
- When you fail to make any required contribution.

Ceasing active work will be deemed to be cessation of employment.  If you are not at work due to one of the following, employment may be deemed to continue up to the limits shown below.

If you are not at work due to disease or **injury**, your employment may be continued until stopped by your Employer, but not beyond 12 months from the start of the absence.

If you are not at work due to temporary lay-off or leave of absence, your employment will be deemed to cease on your last full day of active work before the start of the lay-off or leave of absence.

In figuring when employment will stop for the purposes of termination of any coverage, Aetna will rely upon your Employer to notify Aetna.  This can be done by telling Aetna or by stopping premium payments.  Your employment may be deemed to continue beyond any limits shown above if Aetna and your Employer so agree in writing.

---

**Benefits May Continue After Termination**

If your coverage ceases during a period of disability which began while you had coverage, benefits will be available as long as your period of disability continues.

*6080*

---

**Reinstatement of Coverage**

If your coverage terminates, you may again become covered in accordance with the terms of this Plan; except that:

- If:

    you return to active work within 6 months of the date coverage terminated; and

    you request coverage from your Employer within 31 days of your return to active work;

    any Limitation as to a pre-existing condition will apply only to the extent it would have applied if your coverage had not terminated.  Also, any period of continuous service required before your Eligibility Date will apply only to the extent it would have applied if coverage had not terminated.

**PL. EXHIBIT 1, p. 12**

- If:

    you return to active work between the 7th and the 24th month following the date coverage terminated; and

    you request coverage from your Employer within 31 days of your return to active work;

7690

    any period of continuous service required before your Eligibility Date will apply only to the extent it would have applied if coverage had not terminated.

## How "Prior Coverage" Affects Coverage Under This Plan

If the coverage of any person under this Plan replaces any prior coverage of the person, the following will apply.

"Prior coverage" is any plan of group long term disability coverage that has been replaced by coverage under part or all of this Plan. It must have been sponsored by your Employer who is participating in this Plan. The replacement can be complete or in part for the Eligible Class to which you belong. Any such plan is prior coverage if provided by another group insurance plan.

A person's coverage under this Plan replaces and supersedes any prior coverage. It will be in exchange for everything under such prior coverage except coverage will not be available as to a particular period of disability for which a benefit is available or would be available under the prior coverage in the absence of coverage under this Plan.

As stated earlier, this Plan has a Limitation as to a disability caused by a pre-existing condition.

However, if:

- you had prior coverage on the day before Long Term Disability Coverage took effect; and
- you became covered for this LTD Plan on the date it takes effect;

such Limitation applies only until a continuous period of coverage under the prior coverage and this LTD Plan are equal to the lesser of:

- 12 months; and
- any period of limitation as to a pre-existing condition remaining under the prior coverage.

Where the Limitation no longer applies, the amount of monthly benefit and the maximum period for which benefits will be payable, as to a period of disability caused by such pre-existing condition, will be as provided in this LTD Plan.

In no event will:

- A benefit be payable as to a period of disability caused by a pre-existing condition, if the disability is excluded by any other terms of this LTD Plan.
- A condition be considered to be a pre-existing condition under this LTD Plan if it was not a pre-existing condition under the prior coverage.

6051

**PL. EXHIBIT 1, p. 13**

**Survivor Benefit**

If you die while monthly benefits are payable under this Plan, a single, lump sum benefit will be paid under this provision to your named beneficiary.

The benefit amount will be:

- 3 times the Monthly Benefit, not reduced by other income benefits, for which you were eligible in the full month just before the month in which you die.

If you die before you are eligible for one full Monthly Benefit, however, the benefit will be:

- 3 times the Monthly Benefit, not reduced by other income benefits for which you would have been eligible if you had not died, for the first full month after the month in which you die.

---

**How the Survivor Benefit Will Be Paid**

The benefit will be paid to your named beneficiary, as soon as the necessary written proof of your death and disability status is received. Unless you state to the contrary, if you name more than one beneficiary, payment will be made in equal shares.

You may name or change your beneficiary by filing written request at your Employer's headquarters or at Aetna's Home Office. Ask your Employer for the forms. The naming or change will take effect on the date you execute the request. Aetna will be discharged of its duties as to any payment made before your request is received at its Home Office.

If you have no named beneficiary at your death, the benefit will be paid to your estate. But, Aetna may, at its option, pay such benefit to any one or more of the following of your surviving relatives: wife; husband; mother; father; child; or children. Any amount so paid will discharge Aetna's obligation with respect to the amount of benefit so paid.

If Monthly Benefit payments are made in amounts greater than the Monthly Benefits that you are entitled to receive, Aetna has the right to first apply the survivor benefit to any such overpayment.

*7494-3*

---

**Assignment of Insurance**

Coverage may be assigned only with the consent of Aetna.

*7542*

---

**How and When To Report Your Claim**

You are required to submit a claim to Aetna by following the procedure chosen by your Employer. If the procedure requires that claim forms be submitted, they may be obtained at your place of employment or from Aetna. Your claim must give proof of the nature and extent of the loss. Aetna may require copies of documents to support your claim, including data about any other income benefits. You must also provide Aetna with authorizations to allow it to investigate your claim and your eligibility for and the amount of other income benefits.

You must furnish such true and correct information as Aetna may reasonably request.

The deadline for filing a claim for benefits is 90 days after the end of the elimination period. If, through no fault of your own, you are not able to meet the deadline for filing a claim, your claim will be accepted if you file as soon as reasonably possible. Otherwise, late claims will not be covered.

*7685*

**PL. EXHIBIT 1, p. 14**

**How Benefits Will Be Paid**

Benefits will be paid to you at the end of each calendar month during the period for which benefits are payable. Benefits for a period less than a month will be prorated. This will be done on the basis of the ratio, to 30 days, of the days of eligibility for benefits during the month.

Any unpaid balance at the end of Aetna's liability will be paid within 30 days of receipt by Aetna of the due written proof.

Aetna may pay up to $ 1,000 of any benefit to any of your relatives whom it believes fairly entitled to it. This can be done if the benefit is payable to you and you are a minor or not able to give a valid release. It can also be done if a benefit is payable to your estate.

*7543*

---

**Examinations and Evaluations**

*7543*

Aetna will have the right and opportunity to examine and evaluate any person who is the basis of any claim at all reasonable times while that claim is pending or payable. This will be done at Aetna's expense.

---

**Legal Action**

No legal action can be brought to recover under any benefit after 3 years from the deadline for filing claims.

Aetna will not try to reduce or deny a benefit payment on the grounds that a condition existed before a person's coverage went into effect, if the loss occurs more than 2 years from the date coverage commenced. This will not apply to conditions excluded from coverage on the date of the loss.

*7543*

---

**Recovery of Overpayments**

If payments are made in amounts greater than the benefits that you are entitled to receive, Aetna has the right to do any one or all of the following:

- to require you to return the overpayment on request;
- to stop payment of benefits until the overpayment is recovered;
- to take any legal action needed to recover the overpayment; and
- to place a lien, if not prohibited by law, in the amount of the overpayment on the proceeds of any other income, whether on a periodic or lump sum basis.

If the overpayment:

- occurs as a result of your receipt of other income benefits for the same period for which you have received a benefit under this Plan; and
- to obtain such other income benefits, advocate or legal fees were incurred;

Aetna will exclude from the amount to be recovered, such advocate or legal fees; provided you return the overpayment to Aetna within 30 days of Aetna's written request for the overpayment. If you do not return the overpayment to Aetna within such 30 days, such fees will not be excluded; you will remain liable for repayment of the total overpaid amount.

Examples of "other income" referred to in the preceding paragraph are:

- Workers' compensation.
- Federal Social Security benefits.

*7543*

**PL. EXHIBIT 1, p. 15**

**Contract Not a Substitute for Workers' Compensation Insurance**

The group contract is not in lieu of and does not affect workers' compensation benefits. However, any workers' compensation benefits are considered other income benefits.

*7693*

**General Provisions**

The following additional provisions apply to your coverage.

You cannot receive multiple coverage under this Plan because you are connected with more than one Employer.

In the event of a misstatement of any fact affecting your coverage under this Plan, the true facts will be used to determine the coverage in force.

This document describes the main features of this Plan. Additional provisions are described elsewhere in the group contract. If you have any questions about the terms of this Plan or about the proper payment of benefits, you may obtain more information from your Employer or, if you prefer, from the Home Office of Aetna. Your Employer hopes to continue this Plan indefinitely but, as with all group plans, this Plan may be changed or discontinued with respect to all or any class of employees.

*6490*

**PL. EXHIBIT 1, p. 16**

# Glossary

The following definitions of certain words and phrases will help you understand the benefits to which the definitions apply. Some definitions which apply only to a specific benefit appear in the benefit section. If a definition appears in a benefit section and also appears in the Glossary, the definition in the benefit section will apply in lieu of the definition in the Glossary.

## Adjusted Predisability Earnings

This is your **predisability earnings** plus any increase made on each January 1, starting on the January 1 following 12 months of a period of disability. The increase on each such January 1 will be by the percentage increase in the **Consumer Price Index**, rounded to the nearest tenth; but not by more than 10%.

## Approved Rehabilitation Program

This is a written program approved by Aetna which provides for services and supplies that are intended to enable you to return to work. This program may include, but is not limited to:

- vocational testing;
- vocational training;
- alternative treatment plans such as:
    - support groups;
    - physical therapy;
    - occupational therapy;
    - speech therapy;
- workplace modification to the extent not otherwise provided;
- part time employment; and
- job placement.

A rehabilitation program will cease to be **An Approved Rehabilitation Program** on the date Aetna withdraws, in writing, its approval of the program.

## Consumer Price Index

The CPI-W, Consumer Price Index for Urban Wage Earners and Clerical Workers is published by the United States Department of Labor. If the CPI-W is discontinued or changed, Aetna reserves the right to use a comparable index.

## Effective Treatment of Alcoholism or Drug Abuse

This means a program of alcoholism or drug abuse therapy that is prescribed and supervised by a **physician** and either:

- has a follow-up therapy program directed by a **physician** on at least a monthly basis; or
- includes meetings at least twice a month with organizations devoted to the treatment of alcoholism or drug abuse.

**PL. EXHIBIT 1, p. 17**

These are not effective treatment:

- Detoxification. This means solely treating the aftereffects of a specific episode of alcoholism or drug abuse.
- Maintenance care. This means primarily providing an environment free of alcohol or drugs.

## Hospital

This is an institution that:

- mainly provides, on an inpatient basis, diagnostic and therapeutic facilities for surgical and medical diagnosis, treatment, and care of injured and sick persons; and
- is supervised by a staff of **physicians**; and
- provides 24 hour a day registered nursing (RN) service; and
- is not mainly a place for rest, for the aged, for drug addicts, for alcoholics, or a nursing home.

An institution which does not provide complete surgical services, but which meets all the other tests listed above, will also be deemed a hospital if:

- it provides services chiefly to patients all of whom have conditions related either by a medical specialty field or a specific disease category; and
- while confined, the patient is under regular therapeutic treatment by a **physician** for the **injury** or disease.

## Injury

An accidental bodily injury.

## Material Duties

These are duties that:

- are normally required for the performance of your **own occupation**; and
- cannot be reasonably: omitted or modified. However, to be at work in excess of 40 hours per week is not a material duty.

## Own Occupation

This is the occupation that you are routinely performing when your period of disability begins. Your occupation will be viewed as it is normally performed in the national economy instead of how it is performed:

- for your specific employer; or
- at your location or work site; and

without regard to your specific reporting relationship.

## Physician

"Physician" means a person who is a legally qualified physician. Also, to the extent required by law, a practitioner who performs a service for which coverage is provided when it is performed by a physician.

Regular care of a physician means you are attended by a physician:

- who is not you or related to you;
- who is practicing within the scope of his or her license;
- who has the medical training and clinical expertise suitable to treat your disabling condition; and

**PL. EXHIBIT 1, p. 18**

- whose treatment is:

> consistent with the diagnosis of the disabling condition; and
> according to guidelines established by medical, research and rehabilitative organizations; and
> administered as often as needed.

## Predisability Earnings

This is the amount of salary or wages you were receiving from an employer participating in this Plan on the day before a period of disability started, calculated on a monthly basis.

It will be figured from the rule below that applies to you.

If you are paid on an annual contract basis, your monthly salary is 1/12th of your annual contract salary.

If you are paid on an hourly basis, the calculation of your monthly wages is based on your hourly pay rate multiplied by the number of hours you are regularly scheduled to work per month; but not more than 173 hours per month.

If you do not have regular work hours, the calculation of your monthly salary or wages is based on the average number of hours you worked per month during the last 12 calendar months (or during your period of employment if fewer than 12 months); but not more than 173 hours per month.

Included in salary or wages are:

- Commissions averaged over the last 36 months of actual employment or such shorter period if actual employment was for fewer than 36 months.
- Contributions you make through a salary reduction agreement with your Employer to any of the following:

> An Internal Revenue Code (IRC) Section 125 plan for your fringe benefits.

> An IRC 401(k), 403(b), or 457 deferred compensation arrangement.

> An executive nonqualified deferred compensation agreement.

Not included in salary or wages are:

- Awards and bonuses.
- Overtime pay.
- Contributions made by your Employer to any deferred compensation arrangement or pension plan.

A retroactive change in your rate of earnings will not result in a retroactive change in coverage.

**PL. EXHIBIT 1, p. 19**

**Treatment Facility**

This is an institution (or distinct part thereof) that is for the treatment of alcoholism or drug abuse and which meets fully every one of the following tests:

- It is primarily engaged in providing on a full-time inpatient basis, a program for diagnosis, evaluation, and treatment of alcoholism or drug abuse.
- It provides all medical detoxification services on the premises, 24 hours a day.
- It provides all normal infirmary-level medical services required during the treatment period, whether or not related to the alcoholism or drug abuse, on a 24 hour daily basis.  Also, it provides, or has an agreement with a **hospital** in the area to provide, any other medical services that may be required during the treatment period.
- On a continuous 24 hour daily basis, it is under the supervision of a staff of **physicians**, and provides skilled nursing services by licensed nursing personnel under the direction of a full-time registered graduate nurse.
- It prepares and maintains a written individual plan of treatment for each patient based on a diagnostic assessment of the patient's medical, psychological and social needs with documentation that the plan is under the supervision of a **physician**.
- It meets any applicable licensing standards established by the jurisdiction in which it is located.

**PL. EXHIBIT 1, p. 20**

# Additional Information Provided by
# Aetna Life Insurance Company

**Rehabilitation Appeals Procedure**

Aetna has established a procedure for review of a determination by Aetna that an employee be evaluated for and participate in **An Approved Rehabilitation Program**. If you do not agree with Aetna's determination, please follow this procedure:

- Aetna defines a Rehabilitation Appeal as a written request for review of Aetna's determination that you be evaluated for **An Approved Rehabilitation Program** or participate in **An Approved Rehabilitation Program**.
- A Rehabilitation Appeal must be submitted to Aetna within 30 days of the date Aetna provides written notice of its determination.
- An acknowledgment letter will be sent to you within 5 days of Aetna's receipt of the Rehabilitation Appeal. This letter may request additional information. If so, the additional information must be submitted to Aetna within 15 days of the date of the letter.
- You will be sent a response within 30 days of Aetna's receipt of the Rehabilitation Appeal. The response will be based on the information provided with, or subsequent to, the Rehabilitation Appeal.
- If additional time is needed to resolve the Rehabilitation Appeal, Aetna will provide a written notification indicating that additional time is needed, explaining why such time is needed, and setting a new date for a response. The additional time will not be extended beyond another 30 days.
- Aetna will keep the records of your Rehabilitation Appeal for 3 years.

*11604*

**Confidentiality Notice**

Aetna considers personal information to be confidential and has policies and procedures in place to protect it against unlawful use and disclosure. By "personal information," we mean information that relates to a member's physical or mental health or condition, the provision of health care to the member, or payment for the provision of health care or disability or life benefits to the member. Personal information does not include publicly available information or information that is available or reported in a summarized or aggregate fashion but does not identify the member.

When necessary or appropriate for your care or treatment, the operation of our health, disability or life insurance plans, or other related activities, we use personal information internally, share it with our affiliates, and disclose it to health care providers (doctors, dentists, pharmacies, hospitals and other caregivers), payors (health care provider organizations, employers who sponsor self-funded health plans or who share responsibility for the payment of benefits, and others who may be financially responsible for payment for the services or benefits you receive under your plan), other insurers, third party administrators, vendors, consultants, government authorities, and their respective agents. These parties are required to keep personal information confidential as provided by applicable law.

Some of the ways in which personal information is used include claim payment; utilization review and management; coordination of care and benefits; preventive health, early detection, vocational rehabilitation and disease and case management; quality assessment and improvement activities; auditing and anti-fraud activities; performance measurement and outcomes assessment; health, disability and life claims analysis and reporting; health services, disability and life research; data and information systems management; compliance with legal and regulatory requirements; formulary management; litigation proceedings; transfer of policies or contracts to and from other insurers, HMOs and third party administrators; underwriting activities; and due diligence activities in connection with the purchase or sale of some or all of our business. We consider these activities key for the operation of our health, disability and life plans. To the extent permitted by law, we use and disclose personal information as provided above without member consent. However, we recognize that many members do not want to receive unsolicited marketing materials unrelated to their health, disability and life benefits. We do not disclose personal information for these marketing purposes unless the member consents. We also have policies addressing circumstances in which members are unable to give consent.

To obtain a copy of our Notice of Information Practices, which describes in greater detail our practices concerning use and disclosure of personal information, please call 1-866-825-6944 or visit our Internet site at www.aetna.com.

**Continuation of Coverage During an Approved Leave of Absence Granted to Comply With Federal Law**

This continuation of coverage section applies only for the period of any approved family or medical leave (approved FMLA leave) required by Family and Medical Leave Act of 1993 (FMLA). If your Employer grants you an approved FMLA leave for a period in excess of the period required by FMLA, any continuation of coverage during that excess period will be subject to prior written agreement between Aetna and your Employer.

If your Employer grants you an approved FMLA leave in accordance with FMLA, your Employer may allow you to continue coverage for which you are covered under the group contract on the day before the approved FMLA leave starts.

At the time you request the leave, you must agree to make any contributions required by your Employer to continue coverage. Your Employer must continue to make premium payments.

Coverage will not be continued beyond the first to occur of:

- The date you are required to make any contribution and you fail to do so.
- The date your Employer determines your approved FMLA leave is terminated.
- The date the coverage involved discontinues as to your eligible class.

If you return to work for your Employer following the date your Employer determines the approved FMLA leave is terminated, your coverage under the group contract will be in force as though you had continued in active employment rather than going on an approved FMLA leave provided you make request for such coverage within 31 days of the date your Employer determines the approved FMLA leave to be terminated. If you do not make such request within 31 days, coverage will again be effective under the group contract only if and when Aetna gives its written consent.