| | |
|---|---|
| From: | "Mazzola, Matthew" <Matthew.Mazzola@sedgwicklaw.com> |
| To: | "sriemer@riemerlawfirm.com" <sriemer@riemerlawfirm.com>, Serge Zenin <szenin@riemerlawfirm.com> |
| Cc: | "Bernstein, Michael" <Michael.Bernstein@sedgwicklaw.com> |
| Sent: | 9/13/2013  12:07PM |
| Subject: | RE: Ragone v. Aetna |

Scott,

Annexed hereto, please find the relevant plan documents in the above-referenced case, which you requested during the teleconference with Mike yesterday. Please feel free to contact me with any questions or concerns.

Thanks, Matt
Matthew P Mazzola
Matthew.Mazzola@sedgwicklaw.com<mailto:Matthew.Mazzola@sedgwicklaw.com> |
212.422.0202

[cid:image001.png@01CDF261.DA1F8260]
Our New York office has moved. Please note the new address.
Phone and fax numbers remain the same.

225 Liberty Street, 28th Floor
New York, NY 10281-1008
212.422.0202 phone | 212.422.0925 fax |
www.sedgwicklaw.com<http://www.sedgwicklaw.com/>


From: Serge Zenin [mailto:szenin@riemerlawfirm.com]
Sent: Friday, September 13, 2013 11:45 AM
To: Mazzola, Matthew
Subject: Ragone v. Aetna

Good morning Matt,

Attached please find (1) plaintiff's settlement demand; (2) a draft of our joint letter; and (3) the Scheduling Order.

We would like to review the joint letter again before it's finalized.  Let's be in touch early next week.

Have a great weekend!

Regards,

Serge Zenin, Esq.
Riemer & Associates, LLC
60 East 42nd Street, Suite 1750
New York, New York 10165

Phone: 212-297-0700
Fax: 212-297-0730
szenin@riemerlawfirm.com
www.riemerlawfirm.com

This communication may contain privileged and confidential information
and is protected by the Electronic Communications Privacy Act, 18 U.S.C.
Secs. 2510-2521. It is intended only for the use of the recipient named above.
If you are not the intended recipient of this communication, or the employee or
agent responsible for delivering it to the intended recipient, you are hereby
notified that any dissemination, distribution, or copying of this communication
is strictly prohibited. If you have received this communication in error,
please immediately notify us by collect telephone call and return the original
message to us at the address above via United States Postal Service.


---------------------------
The information in this email is intended for the named recipients only.  It may contain privileged
and confidential matter.  If you have received this email in error, please notify the sender
immediately by replying to this email.  Do not disclose the contents to anyone.  Thank you.

IRS Circular 230 Disclosure:  To ensure compliance with Treasury Department regulations, we
inform you that any U.S. federal tax advice contained in this correspondence (including any
attachments) is not intended to be used, and cannot be used, for the purpose of (i) avoiding
penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting,
marketing or recommending to another party any transaction or matter addressed herein.
---------------------------

**From:** "Bernstein, Michael" <Michael.Bernstein@sedgwicklaw.com>
**To:** "Scott M. Riemer" <sriemer@riemerlawfirm.com>
**Sent:** 10/01/2013  9:27AM
**Subject:** RE: Ragone v. Aetna

I have asked my client for this information but do not have it yet.

Michael H. Bernstein
Michael.Bernstein@sedgwicklaw.com<mailto:> | 212.898.4011
[cid:image001.png@01CEBE88.7BD04700]
225 Liberty Street, 28th Floor
New York, NY 10281-1008
212.422.0202 phone | 212.422.0925 fax |
www.sedgwicklaw.com<http://www.sedgwicklaw.com/>


From: Scott M. Riemer [mailto:sriemer@riemerlawfirm.com]
Sent: Tuesday, October 01, 2013 9:12 AM
To: Seybert, John; Bernstein, Michael
Subject: Ragone v. Aetna

Mike, you were going to get me the full group contract.  The Judge wanted us to send her a status letter in a week, which is today.



Scott M. Riemer, Esq.
Riemer & Associates, LLC
60 East 42nd Street, Suite 1750
New York, New York 10165

Phone: 212-297-0700
Fax: 212-297-0730
sriemer@riemerlawfirm.com
www.riemerlawfirm.com

This communication may contain privileged and confidential information
and is protected by the Electronic Communications Privacy Act, 18 U.S.C.
Secs. 2510-2521. It is intended only for the use of the recipient named above.
If you are not the intended recipient of this communication, or the employee or
agent responsible for delivering it to the intended recipient, you are hereby
notified that any dissemination, distribution, or copying of this communication
is strictly prohibited. If you have received this communication in error,
please immediately notify us by collect telephone call and return the original
message to us at the address above via United States Postal Service.

**From:** SZ
**To:** "sriemer@riemerlawfirm.com" <sriemer@riemerlawfirm.com>; "Mazzola, Matthew" <Matthew.Mazzola@sedgwicklaw.com>
**Cc:** "Bernstein, Michael" <Michael.Bernstein@sedgwicklaw.com>
**Sent:** 10/10/2013  2:20PM
**Subject:** RE: Ragone v. Aetna (Email one of two)

Mike and Matt,

Please refer to "Ragone 33."  The first sentence reads:
"This policy and application of the Policy holder are the entire contract.  A copy of the application is attached."

The "application" is not attached to the documents you sent.  Can you please send that as well?

Thank you.


Regards,

Serge Zenin, Esq.
Riemer & Associates, LLC
60 East 42nd Street, Suite 1750
New York, New York 10165

Phone: 212-297-0700
Fax: 212-297-0730
szenin@riemerlawfirm.com
www.riemerlawfirm.com

This communication may contain privileged and confidential information
and is protected by the Electronic Communications Privacy Act, 18 U.S.C.
Secs. 2510-2521. It is intended only for the use of the recipient named above.
If you are not the intended recipient of this communication, or the employee or
agent responsible for delivering it to the intended recipient, you are hereby
notified that any dissemination, distribution, or copying of this communication
is strictly prohibited. If you have received this communication in error,
please immediately notify us by collect telephone call and return the original
message to us at the address above via United States Postal Service.

----- Original Message -----
From: "Mazzola, Matthew" <Matthew.Mazzola@sedgwicklaw.com>
To: Serge Zenin <szenin@riemerlawfirm.com>, "sriemer@riemerlawfirm.com" <sriemer@riemerlawfirm.com>
Sent: 10/10/2013 11:29AM
Subject: Ragone v. Aetna (Email one of two)


Scott and Serge,

   Attached hereto, please find the plan documents we received from Aetna. Our initial

disclosures are too large to be emailed, so just in case they were lost in the mail, I will overnight another copy to you.

Thanks, Matt
Matthew P Mazzola
Matthew.Mazzola@sedgwicklaw.com | 212.422.0202


Our New York office has moved. Please note the new address.
Phone and fax numbers remain the same.

225 Liberty Street, 28th Floor
New York, NY 10281-1008
212.422.0202 phone | 212.422.0925 fax | www.sedgwicklaw.com