

**RIEMER & ASSOCIATES LLC**
ATTORNEYS AT LAW

60 east 42nd street   suite 1750
new york, new york 10165
t: 212.297.0700   f: 212.297.0730
info@riemerlawfirm.com   www.riemerlawfirm.com

February 14, 2014

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/14/2014
```

**VIA ECF AND E-MAIL**
Hon. Katherine Polk Failla
United States District Court
40 Foley Square, Room 2103
New York, NY  10007
Failla_NYSDChambers@nysd.uscourts.gov

**MEMO ENDORSED**

Re:  Ragone v. Aetna Life Insurance Company
     <u>13 CV 04604(KPF)(KNF)</u>

Dear Judge Failla:

We are counsel to plaintiff in the above-referenced action.  We write, with the consent of counsel for Aetna, to request a 2-week extension of time to submit an application to reinstate the instant action.  The table below sets forth the original and proposed dates:

| Description | Original Deadline | Proposed Deadline |
|---|---|---|
| Application to reinstate case | February 18, 2014 | March 4, 2014 |

The parties reached a tentative settlement of this action.  This request, however, is being made because plaintiff is currently waiting to receive documents from Aetna, which is required to finalize the written settlement agreement.  This is plaintiff's first request for extension of time to reinstate the instant action.

Respectfully yours,

Scott M. Riemer

cc:  Michael H. Bernstein, Esq. (via email)

Application GRANTED. The deadline to submit a stipulation of dismissal and/or to reinstate the case is hereby ADJOURNED to March 4, 2014.

Dated:     February 14, 2014               SO ORDERED.
           New York, New York

                                           HON. KATHERINE POLK FAILLA
                                           UNITED STATES DISTRICT JUDGE