Failla, K.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  March 20, 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
VINCENT RAGONE,

                        Plaintiff,

     -against-

AETNA LIFE INSURANCE COMPANY,

                        Defendant.
-----------------------------------------------------------X

13 CV 04604 (KPF)(KNF)

STIPULATION AND ORDER OF
<u>DISMISSAL WITH PREJUDICE</u>

ECF Case

       IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Vincent Ragone and defendant Aetna Life Insurance Company ("Aetna"), through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the claims by plaintiff against Aetna in the above-captioned action are dismissed with prejudice, and without costs or attorneys' fees to either party.

Dated:  New York, New York
            March 20, 2014

_____
Scott M. Riemer (SR 5005)
RIEMER & ASSOCIATES, LLC
60 East 42nd Street, Suite 1750
New York, NY 10165
(212) 297-0700
sriemer@riemerlawfirm.com
*Attorneys for Plaintiff*

_____
Michael H. Bernstein (MB 0579)
SEDGWICK LLP
225 Liberty Street, 28th Floor
New York, New York 10281-1008
Telephone: (212) 422-0202
michael.bernstein@sedgwicklaw.com
*Attorneys For Defendant*

So Ordered:

_____
Hon. Katherine Polk Failla
United States District Judge

Dated: March 20, 2014
       New York, New York